UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McCOY'S PERSONAL PROPERTY )<br>Specifically Described As: )<br>A 2008 Cadillac Escalade )<br>VIN:1GYFK63868R146865 and )<br>A 2003 Cadillac CTS )<br>VIN: 1G6DM57N130108686, )<br>)<br>Defendants, )<br>)<br>JARIUS McCOY and )<br>MARCUS L. GILMORE, )<br>)<br>Claimants. ) | **JUDGMENT**<br><br>No. 5:13-CV-428-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of claimant Jarius McCoy's motions for summary judgment and settlement and plaintiff's motion to strike the claim and answer of Jarius McCoy.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 18, 2014, and for the reasons set forth more specifically therein, that plaintiff's motion to strike is allowed, and claimant's motions for summary judgment and settlement are dismissed as moot.

**This Judgment Filed and Entered on July 18, 2014, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Christian Emerson Dysart (via CM/ECF Notice of Electronic Filing)
Jarius McCoy (via U.S. Mail) Medical Center for Federal Prison
                PO Box 4000, Springfield, MO 65801-4000


July 18, 2014                       JULIE A. RICHARDS, CLERK
                                                /s/ Christa N. Baker
                                                (By) Christa N. Baker, Deputy Clerk